# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**TONY GRAHAM**
**CHIEF PROBATION OFFICER**

P. O. BOX 8165
**SAVANNAH 31412**

PHONE: 912-650-4150
FAX: 912-650-4148



**AUGUSTA 30903**
**FEDERAL JUSTICE CENTER**
**P. O. BOX 760**
**PHONE: 706-849-4450**
**FAX: 706-849-4449**

**BRUNSWICK 31521**
**P. O. BOX 878**
**PHONE: 912-280-1350**
**FAX: 912-280-1349**

**SAVANNAH**

# MEMORANDUM

DATE:　　　July 17, 2026

TO:　　　Christopher L. Ray
　　　　　United States Magistrate Judge
　　　　　Southern District of Georgia

FROM:　　Ervin G. Frazier, II
　　　　　United States Probation Officer

RE:　　　**Trenessia D. Walthour**
　　　　　4:25CR00087-1
　　　　　Savannah Division
　　　　　Represented by: Pro Se
　　　　　**EARLY TERMINATION REQUEST**

On September 9, 2025, Trenessia D. Walthour appeared before the Court and was sentenced for the offense of DUI-less safe. The Court sentenced the offender to 10 days custody, with credit for 1 day served, and 9 days suspended, followed by a 1-year term of supervised release. The Court ordered the offender to pay a $300 fine and $25 special assessment. The Court further ordered that upon completion of all supervision conditions, the term of supervised release could be terminated early as recommended by the probation office. As special conditions of supervision, the Court ordered Walthour to participate in a program of substance abuse testing; provide access to financial information; and not incur new credit charges or open additional lines of credit without approval. Additionally, the offender was ordered to comply with the instructions regarding payment of her financial penalties, complete 40 hours of community service work, and not use or possess alcohol. Walthour has paid her fine and special assessment in full, completed her community service work, and complied with the conditions of supervision to date. A record check revealed no new record of arrests or convictions for the offender.

In light of Walthour's favorable adjustment to supervision and in the interest of judicial economy, it is respectfully recommended that Trenessia D. Walthour's case be terminated early. Should the

Christopher L. Ray
United States Magistrate Judge
RE: Trenessia D. Walthour
Page 2


Court concur with this recommendation, an order terminating supervised release is attached for the Court's signature.

Enclosure


Reviewed by:

Brad C. Chapman
Supervisory United States Probation Officer

PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                          Crim. No.   4:25CR00087-1

Trenessia D. Walthour

On September 9, 2025, the above named was placed on supervised release for a period of 1 year.  She has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that Trenessia D. Walthour be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 21st day of July, 2026.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia